155 A.3d 897

## MÁNY

v.

## WARD

**Pet. Docket No. 580, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Dismissed by the Court of Special Appeals (No. 934, Sept. Term, 2016).

Petition for writ of certiorari dismissed

■

155 A.3d 897

## MARTIN

v.

## LEHIGH CEMENT CO.

**Pet. Docket No 547, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 1832, Sept. Term, 2015).

Petition for writ of certiorari denied